TUCKER ELLIS & WEST LLP
PETER KOENIG – STATE BAR NO. 132437
ALEC BOYD – STATE BAR NO. 161325
One Market Street, Steuart Tower, Suite 1300
San Francisco, CA 94105
Telephone: 415.617.2400
Facsimile: 415.617.2409

Attorneys for Defendant
GULF INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. HARRIS<br><br>    Plaintiff,<br><br>  v.<br><br>GULF INSURANCE COMPANY<br><br>    Defendant.<br><br>―――――――――――――<br><br>MICHAEL J. STONE,<br><br>    Plaintiff/Intervenor. | Case No. C 01 4906 CW<br><br>Hon. Claudia Wilken<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT** |

This Stipulation is entered into by plaintiff James A. Harris, plaintiff/intervenor Michael J. Stone, and defendant Gulf Insurance Company, by and through their respective counsel of record.

WHEREAS, on July 8, 2005, a case management conference proceeded in this matter before Judge Wilken;

WHEREAS, at the case management conference, Judge Wilken ordered the parties to pursue settlement negotiations aimed at effectuating the disposition of this action, including but not limited to a disposition that would facilitate Gulf's stated intent to appeal Judge Wilken's

SFOiManage46831130611408031

1 | prior ruling on the interpretation of Gulf's Insured versus Insured Exclusion;

2 | WHEREAS, the parties have in good faith engaged in serious settlement discussions
3 | since the time of the case management conference such that it now appears possible that a
4 | mutually acceptable resolution of this action which will facilitate Gulf's appeal can be arrived at
5 | between the parties;

6 | WHEREAS, at the case management conference, Judge Wilken also ordered defendant
7 | Gulf to file its motion for summary judgment on the Genuine Dispute Doctrine by May 29, 2005,
8 | for a hearing date on September 2, 2005; and,

9 | WHEREAS, the parties have mutually agreed that the interests of the parties and judicial
10 | economy would be best served by continuing the schedule for Gulf's motion for summary
11 | judgment in order to allow the parties to focus their efforts on their attempt to work out a
12 | negotiated disposition of the action;

13 | NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

14 | 1. The prior briefing schedule for Gulf's motion for summary judgment is hereby
15 |    vacated; and
16 | 2. Gulf shall file its motion for summary judgment on or before August 12, 2005,
17 |    which motion shall be set for hearing on September 16, 2005.

18 | SO STIPULATED:

19 | DATED: July 18, 2005         TUCKER ELLIS & WEST LLP

By: /s/ Peter J. Koenig
Peter J. Koenig
Alec Boyd
Attorneys for Defendant
GULF INSURANCE COMPANY

24 | DATED: July 18, 2005         HELLER EHRMAN WHITE & MCAULIFFE

By: /s/ Stephen N. Goldberg
Stephen N. Goldberg
Celia M. Jackson
Attorneys for Plaintiff
JAMES A. HARRIS

Stipulation and Order

SFOiManage468311306|1408031

| | | |
|---|---|---|
| 1 | DATED: July 18, 2005 | JEFFER MANGELS BUTLER & MARMARO |
| 2 | | |
| 3 | | By: *[signature]* |
| 4 | | Julia J. Rider |
| 5 | | Attorneys for Plaintiff/Intervenor MICHAEL J. STONE |

SO ORDERED:

DATED: July 21, 2005

/s/ CLAUDIA WILKEN
By: _____
Hon. Claudia Wilken
United States District Judge

Stipulation and Order

SFOiManage46831130611408031