TUCKER ELLIS & WEST LLP
PETER KOENIG – STATE BAR NO. 132437
ALEC BOYD – STATE BAR NO. 161325
One Market Street, Steuart Tower, Suite 1300
San Francisco, CA  94105
Telephone:  415.617.2400
Facsimile:  415.617.2409

Attorneys for Defendant
GULF INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. HARRIS | Case No. C 01 4906 CW |
| Plaintiff, | Hon. Claudia Wilken |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT** |
| GULF INSURANCE COMPANY | |
| Defendant. | |
| MICHAEL J. STONE, | |
| Plaintiff/Intervenor. | |

    This Stipulation is entered into by plaintiff James A. Harris, plaintiff/intervenor Michael J. Stone, and defendant Gulf Insurance Company, by and through their respective counsel of record.

    WHEREAS, on July 8, 2005, a case management conference proceeded in this matter before Judge Wilken;

    WHEREAS, at the case management conference, Judge Wilken ordered the parties to pursue settlement negotiations aimed at effectuating the disposition of this action, including but not limited to a disposition that would facilitate Gulf's stated intent to appeal Judge Wilken's

1  prior ruling on the interpretation of Gulf's Insured versus Insured Exclusion;

2  WHEREAS, the parties have in good faith engaged in serious settlement discussions
3  since the time of the case management conference such that it now appears possible that a
4  mutually acceptable resolution of this action which will facilitate Gulf's appeal can be arrived at
5  between the parties;

6  WHEREAS, at the case management conference, Judge Wilken also ordered defendant
7  Gulf to file its motion for summary judgment on the Genuine Dispute Doctrine by July 29, 2005,
8  for a hearing date on September 2, 2005;

9  WHEREAS, the Parties subsequently stipulated, and Judge Wilken ordered, that the
10 schedule for defendant Gulf's motion for summary judgment be continued two weeks so that the
11 Parties could further negotiate settlement such that the deadline to file the motion was continued
12 to August 12, 2005 and the hearing date was set for September 16, 2005; and

13 WHEREAS, the Parties have mutually agreed that the interests of the Parties and judicial
14 economy would be best served by continuing the schedule for Gulf's motion for summary
15 judgment for another two weeks in order to allow the Parties to focus their efforts on their
16 attempt to work out a negotiated disposition of the action;

17 NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

18 1.  The prior briefing schedule for Gulf's motion for summary judgment is hereby
19     vacated; and
20 2.  Gulf shall file its motion for summary judgment on or before August 26, 2005,
21     which motion shall be set for hearing on September 30, 2005.

22 SO STIPULATED:

23 DATED: August 8, 2005                          TUCKER ELLIS & WEST LLP

                                                By: _____/S/_____
                                                    Peter J. Koenig
                                                    Alec Boyd
                                                    Attorneys for Defendant
                                                    GULF INSURANCE COMPANY

Stipulation and Order

SFOiManage468311306l1408031

| | | |
|---|---|---|
| 1 | DATED: August 8, 2005 | HELLER EHRMAN WHITE & MCAULIFFE |

By: _____/S/_____
    Stephen N. Goldberg
    Celia M. Jackson
    Attorneys for Plaintiff
    JAMES A. HARRIS

DATED: August 8, 2005                  JEFFER MANGELS BUTLER & MARMARO

By: _____/S/_____
    Julia J. Rider
    Attorneys for Plaintiff/Intervenor
    MICHAEL J. STONE

SO ORDERED:    The FCMC is also continued to 9/30/05.

DATED: August 10, 2005

By: _____
    Hon. Claudia Wilken
    United States District Judge

IT IS SO ORDERED
Judge Claudia Wilken

Stipulation and Order

SFOiManage468311306114408031