TUCKER ELLIS & WEST LLP
PETER KOENIG – STATE BAR NO. 132437
ALEC BOYD – STATE BAR NO. 161325
One Market Street, Steuart Tower, Suite 1300
San Francisco, CA  94105
Telephone:  415.617.2400
Facsimile:  415.617.2409

Attorneys for Defendant
GULF INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. HARRIS | Case No. C 01 4906 CW |
| Plaintiff, | Hon. Claudia Wilken |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT** |
| GULF INSURANCE COMPANY | |
| Defendant. | |
| MICHAEL J. STONE, | |
| Plaintiff/Intervenor. | |

　　　This Stipulation is entered into by plaintiff James A. Harris, plaintiff/intervenor Michael J. Stone, and defendant Gulf Insurance Company, by and through their respective counsel of record.

　　　WHEREAS, on July 8, 2005, a case management conference proceeded in this matter before Judge Wilken;

　　　WHEREAS, at the case management conference, Judge Wilken ordered the parties to pursue settlement negotiations aimed at effectuating the disposition of this action, including but not limited to a disposition that would facilitate Gulf's stated intent to appeal Judge Wilken's

Stipulation and Order

1  prior ruling on the interpretation of Gulf's Insured versus Insured Exclusion;

2  WHEREAS, the parties have in good faith engaged in serious settlement discussions
3  since the time of the case management conference such that it now appears possible that a
4  mutually acceptable resolution of this action which will facilitate Gulf's appeal can be arrived at
5  between the parties;

6  WHEREAS, at the case management conference, Judge Wilken also ordered defendant
7  Gulf to file its motion for summary judgment on the Genuine Dispute Doctrine by July 29, 2005,
8  for a hearing date on September 2, 2005;

9  WHEREAS, due to the complexity of the negotiations, the Parties subsequently twice
10 stipulated, and Judge Wilken twice ordered, that the schedule for defendant Gulf's motion for
11 summary judgment be continued two weeks so that the Parties could further negotiate settlement
12 such that the deadline to file the motion was continued first to August 12, 2005 with a hearing
13 date of September 16, 2005, and then the deadline to file the motion continued to August 26,
14 2005 with a hearing date of September 30, 2005; and

15 WHEREAS, the Parties have mutually agreed that they are close to conclusion of their
16 negotiations but require a little more additional time such that the interests of the Parties and
17 judicial economy would be best served by continuing the schedule for Gulf's motion for
18 summary judgment for yet another two weeks in order to allow the Parties to focus their efforts
19 on their attempt to work out a negotiated disposition of the action;

20 NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

21 1.   The prior briefing schedule for Gulf's motion for summary judgment is hereby
22       vacated; and

Stipulation and Order

SFOiManage46831130611408031

2. Gulf shall file its motion for summary judgment on or before September 9, 2005, which motion shall be set for hearing on October 14, 2005.

SO STIPULATED:

DATED:  August 8, 2005      TUCKER ELLIS & WEST LLP

By: _____/S/_____
    Peter J. Koenig
    Alec Boyd
    Attorneys for Defendant
    GULF INSURANCE COMPANY

DATED:  August 8, 2005      HELLER EHRMAN WHITE & MCAULIFFE

By: _____/S/_____
    Stephen N. Goldberg
    Celia M. Jackson
    Attorneys for Plaintiff
    JAMES A. HARRIS

DATED:  August 8, 2005      JEFFER MANGELS BUTLER & MARMARO

By: _____/S/_____
    Julia J. Rider
    Attorneys for Plaintiff/Intervenor
    MICHAEL J. STONE

SO ORDERED:

DATED:  August 24, 2005

                  /s/ CLAUDIA WILKEN
By: _____
    Hon. Claudia Wilken
    United States District Judge