| | |
|---|---|
| 1 | TUCKER ELLIS & WEST LLP |
| 2 | PETER KOENIG – STATE BAR NO. 132437<br>ALEC BOYD – STATE BAR NO. 161325 |
| 3 | One Market Street, Steuart Tower, Suite 1300<br>San Francisco, CA  94105 |
| 4 | Telephone:  415.617.2400<br>Facsimile:  415.617.2409 |

Attorneys for Defendant
GULF INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES A. HARRIS | ) | Case No. C 01 4906 CW |
|  | ) |  |
| Plaintiff, | ) | Hon. Claudia Wilken |
|  | ) |  |
| v. | ) | **STIPULATION AND [PROPOSED]** |
|  | ) | **ORDER TO CONTINUE SCHEDULE** |
| GULF INSURANCE COMPANY | ) | **FOR MOTION FOR SUMMARY** |
|  | ) | **JUDGMENT** |
| Defendant. | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| MICHAEL J. STONE, | ) |  |
|  | ) |  |
| Plaintiff/Intervenor. | ) |  |
|  | ) |  |

   This Stipulation is entered into by plaintiff James A. Harris, plaintiff/intervenor Michael J. Stone, and defendant Gulf Insurance Company, by and through their respective counsel of record.

   WHEREAS, on July 8, 2005, a case management conference proceeded in this matter before Judge Wilken;

   WHEREAS, at the case management conference, Judge Wilken ordered the parties to pursue settlement negotiations aimed at effectuating the disposition of this action, including but not limited to a disposition that would facilitate Gulf's stated intent to appeal Judge Wilken's

prior ruling on the interpretation of Gulf's Insured versus Insured Exclusion;

WHEREAS, the parties have in good faith engaged in serious settlement discussions since the time of the case management conference such that it now appears possible that a mutually acceptable resolution of this action which will facilitate Gulf's appeal can be arrived at between the parties;

WHEREAS, at the case management conference, Judge Wilken also ordered defendant Gulf to file its motion for summary judgment on the Genuine Dispute Doctrine by July 29, 2005, for a hearing date on September 2, 2005;

WHEREAS, due to the complexity of the negotiations, the Parties subsequently stipulated three times, and Judge Wilken ordered three times, that the schedule for defendant Gulf's motion for summary judgment be continued two weeks so that the Parties could further negotiate settlement such that the deadline to file the motion was continued first to August 12, 2005 with a hearing date of September 16, 2005, the deadline to file the motion continued to August 26, 2005 with a hearing date of September 30, 2005, and then the deadline to file the motion continued to September 9, 2005 with a hearing date of October 14, 2005; and

WHEREAS, the Parties have now arrived at an agreement but require a little more additional time such that the interests of the Parties and judicial economy would be best served by continuing the schedule for Gulf's motion for summary judgment for yet another two weeks in order to allow the Parties to finalize the papers associated with the agreement for submission to the Court;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1. The prior briefing schedule for Gulf's motion for summary judgment is hereby vacated; and

2. Gulf shall file its motion for summary judgment on or before September 23, 2005, which motion shall be set for hearing on October 29, 2005.

SO STIPULATED:

DATED: September 7, 2005                TUCKER ELLIS & WEST LLP


By: _____/S/_____
    Peter J. Koenig
    Alec Boyd
    Attorneys for Defendant
    GULF INSURANCE COMPANY

DATED: September 7, 2005                HELLER EHRMAN WHITE & MCAULIFFE


By: _____/S/_____
    Stephen N. Goldberg
    Celia M. Jackson
    Attorneys for Plaintiff
    JAMES A. HARRIS

DATED: September 7, 2005                JEFFER MANGELS BUTLER & MARMARO


By: _____/S/_____
    Julia J. Rider
    Attorneys for Plaintiff/Intervenor
    MICHAEL J. STONE

SO ORDERED:  MOTION SHALL BE SET FOR HEARING ON OCTOBER 28, 2005.

DATED: September 9 , 2005


By: _____/s/ CLAUDIA WILKEN_____
    Hon. Claudia Wilken
    United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28