JEFFER, MANGELS, BUTLER & MARMARO LLP
JULIA J. RIDER (Bar No. 67277)
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Fax: (310) 203-0567

JEFFER, MANGELS, BUTLER & MARMARO LLP
ROBERT C. GEBHARDT (Bar No. 48965)
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone: (415) 398-8080
Fax: (415) 398-5584

Attorneys for Plaintiff/Intervenor
MICHAEL J. STONE

(Additional Appearances Noted on
Signature Page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. HARRIS, | Case No. C01-4906 CW |
| Plaintiff, | |
| vs. | **STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER AS MODIFIED** |
| GULF INSURANCE COMPANY, | |
| Defendant, | Old Date: May 19, 2006<br>Time: 1:30 p.m.<br>Courtroom 2<br>The Honorable Claudia Wilken |
| MICHAEL J. STONE, | |
| Plaintiff/Intervenor | Proposed<br>Date: November 10, 2006<br>Time: 1:30 p.m.<br>Courtroom 2<br>The Honorable Claudia Wilken |

Plaintiff James A. Harris, Intervenor Michael J. Stone (together "Plaintiffs") and

Defendant Gulf Insurance Company respectfully submit this stipulation to continue the

upcoming Case Management Conference ("CMC") currently set for May 19, 2006 at 1:30 p.m.,

to November 10, 2006 at 1:30 p.m. The reason for the continuance is as follows:

This case was one of three related cases before the Court. The remaining two cases, *In re U.S. Aggregates, Inc. Securities Litigation*, Master File No. C-01-1688-CW, and *Moglia v. Harris*, No. C 04 2663 CW, have been settled. This case dealt with the insurance coverage issues posed by the U.S. Aggregates Securities Litigation.

This case is currently on appeal to the Ninth Circuit. The Court entered final judgment on September 28, 2005 on Counts I and II of Plaintiffs' First Amended Complaint, the two that raised the major coverage questions. Proceedings with respect to the remaining counts (alleging breach of contract and bad faith claims) were stayed pending resolution of the appeal. *See* the Court's Order Granting the Parties Joint Application for Judicial Resolution of Counts I and II of Plaintiff's First Amended Complaint under Federal Rule of Civil Procedure 54(b), dated September 28, 2005.

The appellate case has been fully briefed as of May 4, 2006. The Ninth Circuit has not yet scheduled oral argument.

Given the current status, the parties respectfully request that the scheduled CMC be continued until November 10, 2006 at 1:30 p.m. If the Court requests, the parties will provide the Court with periodic status reports as the Court may desire.

DATED: May ___, 2006        JEFFER, MANGELS, BUTLER & MARMARO LLP
                            ROBERT C. GEBHARDT
                            JULIA J. RIDER

                            By:_____/s/_____
                                    JULIA J. RIDER
                            Attorneys for Plaintiff/Intervenor
                            MICHAEL J. STONE

DATED: May ___, 2006        HELLER EHRMAN LLP
                            STEPHEN N. GOLDBERG

                            By:_____/s/_____
                                    STEPHEN N. GOLDBERG
                            Attorneys for Plaintiff
                            JAMES A. HARRIS

DATED: May ___, 2006        TUCKER ELLIS & WEST LLP

ALEC BOYD

By:_____/s/_____
    ALEC BOYD
Attorneys for Defendant
GULF INSURANCE COMPANY

## ORDER

IT IS HEREBY ORDERED THAT the Case Management Conference scheduled for May 19, 2006 is hereby continued to **November 17, 2006** at 1:30 p.m.

DATED: May 15, 2006

*/s/ Claudia Wilken*
_____
The Honorable Claudia Wilken
United States District Court