JEFFER, MANGELS, BUTLER & MARMARO LLP
JULIA J. RIDER (Bar No. 67277)
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone:  (310) 203-8080
Fax:  (310) 203-0567

JEFFER, MANGELS, BUTLER & MARMARO LLP
ROBERT C. GEBHARDT (Bar No. 48965)
Two Embarcadero Center, Fifth Floor
San Francisco, California  94111-3824
Telephone:  (415) 398-8080
Fax:  (415) 398-5584

Attorneys for Plaintiff/Intervenor
MICHAEL J. STONE

(Additional Appearances Noted on Signature Page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. HARRIS, <br><br> Plaintiff, <br><br> vs. <br><br> GULF INSURANCE COMPANY, <br><br> Defendant, <br><br> MICHAEL J. STONE, <br><br> Plaintiff/Intervenor | Case No. C01-4906 CW <br><br> **STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE;  ORDER** <br><br> Old Date:     November 17, 2006 <br> Time:           1:30 p.m. <br> Courtroom 2 <br> The Honorable Claudia Wilken <br><br> Proposed <br> Date:           May 11, 2007 <br> Time:           1:30 p.m. <br> Courtroom 2 <br> The Honorable Claudia Wilken |

Plaintiff James A. Harris, Intervenor Michael J. Stone (together "Plaintiffs") and Defendant Gulf Insurance Company respectfully submit this stipulation to continue the upcoming Case Management Conference ("CMC") currently set for November 17, 2006 at 1:30 p.m., to May 11, 2007,  at 1:30 p.m.  The reason for the continuance is as follows:

1   This case was one of three related cases before the Court. The remaining two

2  cases, *In re U.S. Aggregates, Inc. Securities Litigation*, Master File No. C-01-1688-CW, and

3  *Moglia v. Harris*, No. C 04 2663 CW, have been settled. This case dealt with the insurance

4  coverage issues posed by the U.S. Aggregates Securities Litigation.

5   This case is currently on appeal to the Ninth Circuit. The Court entered final

6  judgment on September 28, 2005 on Counts I and II of Plaintiffs' First Amended Complaint, the

7  two that raised the major coverage questions. Proceedings with respect to the remaining counts

8  (alleging breach of contract and bad faith claims) were stayed pending resolution of the appeal.

9  *See* the Court's Order Granting the Parties Joint Application for Judicial Resolution of Counts I

10  and II of Plaintiff's First Amended Complaint under Federal Rule of Civil Procedure 54(b), dated

11  September 28, 2005.

12   The appellate case has been fully briefed as of May 4, 2006. The Ninth Circuit

13  has not yet scheduled oral argument.

14   Given the current status, the parties respectfully request that the scheduled CMC

15  be continued until May 11, 2007 at 1:30 p.m. If the Court requests, the parties will provide the

16  Court with periodic status reports as the Court may desire.

17

18  DATED: October 23, 2006    JEFFER, MANGELS, BUTLER & MARMARO LLP
                                ROBERT C. GEBHARDT
19                              JULIA J. RIDER

20
                                By:_____/s/_____
21                                      JULIA J. RIDER
                                Attorneys for Plaintiff/Intervenor
22                              MICHAEL J. STONE

23
    DATED: October 23, 2006    HELLER EHRMAN LLP
24                              STEPHEN N. GOLDBERG

25
                                By:_____/s/_____
26                                      STEPHEN N. GOLDBERG
                                Attorneys for Plaintiff
27                              JAMES A. HARRIS

28  DATED: October 23, 2006    TUCKER ELLIS & WEST LLP

PRINTED ON
RECYCLED PAPER

- 2 -

STIP FOR CON'T OF CASE MGMT CONF; ORDER
**Case No. C01-4906CW**

LA 4272117 v1

ALEC BOYD

By:_____/s/_____
    ALEC BOYD
Attorneys for Defendant
GULF INSURANCE COMPANY

## ORDER

IT IS HEREBY ORDERED THAT the Case Management Conference scheduled for November 17, 2006 is hereby continued to May 11, 2007 at 1:30 p.m.

DATED:  October 24, 2006          _____
                                         The Honorable Claudia Wilken
                                         United States District Court

- 3 -

STIP FOR CON'T OF CASE MGMT CONF;  ORDER
**Case No. C01-4906CW**

LA  4272117  v1