STEPHEN N. GOLDBERG (Bar No. 57122)
CELIA M. JACKSON (Bar No. 124508)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
stephen.goldberg@hellerehrman.com
celia.jackson@hellerehrman.com

Attorneys for Plaintiff
JAMES A. HARRIS
(Additional Appearances Noted On Signature Page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. HARRIS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GULF INSURANCE COMPANY,<br><br>　　　　Defendant,<br><br>MICHAEL J. STONE,<br><br>　　　　Plaintiff/Intervenor | Case No. C01-4906 CW<br><br>**STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE;** ~~[PROPOSED]~~ **ORDER**<br><br>Old Date:　　May 11, 2007<br>Time:　　　　1:30 p.m.<br>Courtroom 2<br>The Honorable Claudia Wilken<br><br>Proposed<br>Date:　　　　November 13, 2007<br>Time:　　　　2:00 p.m.<br>Courtroom 2<br>The Honorable Claudia Wilken |

Plaintiff James A. Harris, Intervenor Michael J. Stone (together "Plaintiffs") and Defendant Gulf Insurance Company respectfully submit this stipulation to continue the upcoming Case Management Conference ("CMC") currently set for May 11, 2007 at 1:30 p.m., to November 13, 2007, at 2:00 p.m. The reason for the continuance is as follows:

1  This case was one of three related cases before the Court, and deals with the insurance coverage issues posed by the U.S. Aggregates Securities Litigation. The remaining two cases, *In re U.S. Aggregates, Inc. Securities Litigation*, Master File No. C-01-1688-CW, and *Moglia v. Harris*, No. C 04 2663 CW, have been settled.

This case is currently on appeal to the Ninth Circuit. This Court entered final judgment on September 28, 2005 on Counts I and II of Plaintiffs' First Amended Complaint, the two counts that raised the major insurance coverage questions. The remaining counts of the First Amended Complaint allege breach of contract and bad faith claims. All proceedings with respect to the two remaining counts were stayed pending resolution of the appeal. *See* the Court's Order Granting the Parties Joint Application for Judicial Resolution of Counts I and II of Plaintiff's First Amended Complaint under Federal Rule of Civil Procedure 54(b), dated September 28, 2005, copy attached.

The appeal has been fully briefed as of May 4, 2006. The Ninth Circuit, as of this date, has not yet scheduled oral argument. This Court originally scheduled the status conference so that the parties could report on the status of the Ninth Circuit's proceedings.

Given the current status of the appeal, the parties respectfully request that the scheduled CMC be continued from May 11, 2007 until November 13, 2007 at 2:00 p.m. (or at such other date or time as desired by the Court), and that a joint case management statement be filed no later than 10 (ten) days before whatever date is set by the Court as the new date for the reset CMC. If the Court requests, the parties will provide the Court with periodic status reports as the Court may desire.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: April 18, 2007 | HELLER EHRMAN LLP<br>STEPHEN N. GOLDBERG |

DATED: April 18, 2007     HELLER EHRMAN LLP
                          STEPHEN N. GOLDBERG

                          By: _____/s/_____
                                STEPHEN N. GOLDBERG

                          Attorneys for Plaintiff
                          JAMES A. HARRIS

DATED: April 18, 2007     JEFFER, MANGELS, BUTLER & MARMARO LLP
                          ROBERT C. GEBHARDT
                          JULIA J. RIDER

                          By: _____/s/_____
                                JULIA J. RIDER

                          Attorneys for Plaintiff/Intervenor
                          MICHAEL J. STONE

DATED: April 18, 2007     TUCKER ELLIS & WEST LLP
                          ALEC BOYD

                          By: _____/s/_____
                                ALEC BOYD

                          Attorneys for Defendant
                          GULF INSURANCE COMPANY

## [PROPOSED] ORDER

IT IS HEREBY ORDERED THAT the Case Management Conference scheduled for May 11, 2007 is hereby continued to November 13, 2007 at 2:00 p.m., and that a joint case management statement shall be filed no later than 10 (ten) days prior to the CMC.

DATED: April 23, 2007     _____
                          The Honorable Claudia Wilkens

STIP FOR CON'T OF CASE MGMT CONF; [PROPOSED] ORDER Case No. C01-4906CW