STEPHEN N. GOLDBERG (Bar No. 57122)
CELIA M. JACKSON (Bar No. 124508)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California  94104-2878
Telephone:  (415) 772-6000
Facsimile:  (415) 772-6268
stephen.goldberg@hellerehrman.com
celia.jackson@hellerehrman.com

Attorneys for Plaintiff
JAMES A. HARRIS

(Additional Appearances Noted On Signature Page)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. HARRIS,<br><br>                        Plaintiff,<br><br>    v.<br><br>GULF INSURANCE COMPANY,<br><br>                        Defendant, | Case No.: C 01-4906 (CW)<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date:   November 13, 2007<br>Time:   2:00 p.m.<br>Courtroom 2<br>The Honorable Claudia Wilken |
| MICHAEL J. STONE,<br><br>                        Plaintiff/Intervenor. | |

Plaintiff James A. Harris, Intervenor Michael J. Stone (together, "Plaintiffs"), and defendant Gulf Insurance Company respectfully submit this Joint Statement in connection with the upcoming Case Management Conference ("CMC"), currently scheduled for November 13, 2007, at 2:00 p.m.

This litigation was one of three related cases before the Court.  The remaining two, *In re U.S. Aggregates, Inc. Securities Litigation*, Master File No. C-01-1688-CW, and *Moglia v. Harris*, No. C 04 2663 CW, were settled.  This case dealt with the insurance

coverage issues posed by the U.S. Aggregates Securities Litigation.

This Court entered final judgment on September 28, 2005 on Counts I and II of Plaintiffs First Amended Complaint pursuant to Federal Rule of Civil Procedure 54(b). Those two counts raised the major coverage questions posed by the litigation. The Court stayed all proceedings with respect to the remaining two counts (breach of contract and bad faith) pending resolution of the appeal that Gulf indicated it would take from the judgment.[1] The appeal was fully briefed by May 4, 2006. The Ninth Circuit heard oral argument on October 18, 2007.

Given the current status, the parties respectfully request that the scheduled CMC be vacated until disposition by the Court of Appeals. If the Court requests, the parties will provide the Court with periodic status reports as the Court may desire.

DATED:  October 24, 2007         HELLER EHRMAN LLP


                                 By:            /s/
                                     Stephen N. Goldberg
                                 Attorneys for Plaintiff
                                 JAMES A. HARRIS

DATED:  October 24, 2007         JEFFER, MANGELS, BUTLER & MARMARO LLP


                                 By:            /s/
                                     Julia J. Rider
                                 Attorneys for Plaintiff/Intervenor
                                 MICHAEL J. STONE

---

[1] *See* the Court's Order Granting the Parties Joint Application for Judicial Resolution of Counts I and II of Plaintiffs' First Amended Complaint and Entering Judgment on Counts I and II of Plaintiffs' First Amended Complaint under Federal Rule of Civil Procedure 54(b), dated September 28, 2005.

DATED: October 24, 2007

TUCKER ELLIS & WEST LLP


By:_____/s/_____
                Alec Boyd
Attorneys for Defendant
GULF INSURANCE COMPANY

## ORDER

    IT IS HEREBY ORDERED THAT the Case Management Conference scheduled for November 13, 2007, is hereby continued until February 19, 2008, at 2:00 p.m. An updated Case Management Statement will be due one week prior to the conference.

DATED: October 26, 2007          _____
                                            The Honorable Claudia Wilken
                                            United States District Court