STEPHEN N. GOLDBERG (Bar No. 57122)
CELIA M. JACKSON (Bar No. 124508)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
stephen.goldberg@hellerehrman.com
celia.jackson@hellerehrman.com

Attorneys for Plaintiff
JAMES A. HARRIS

ROBERT C. GEBHARDT (Bar No. 48965)
JEFFER, MANGELS, BUTLER & MARMARO LLP
Two Embarcadero Center, Fifth Floor
San Francisco, CA 94111
Telephone: 415.398.8080
Facsimile: 866.558.6777
rgebhardt@jmbm.com

Attorneys for Plaintiff/Intervenor
MICHAEL J. STONE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| JAMES A. HARRIS, <br><br> Plaintiff, <br><br> v. <br><br> GULF INSURANCE COMPANY, <br><br> Defendant, <br><br> MICHAEL J. STONE, <br><br> Plaintiff/Intervenor. | Case No.: C 01-4906 (CW) <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE (F.R.C.P. 41(a)(1))** <br><br> The Honorable Claudia Wilken |

The parties to this action, Plaintiff James A. Harris and Plaintiff/Intervenor Michael J. Stone (together, "Plaintiffs") and The Travelers Indemnity Company, successor in interest by merger to Defendant Gulf Insurance Company ("Gulf"), stipulate to the following and based thereon request that this Court enter an Order Dismissing Action with Prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

Stipulation

1. On December 31, 2001, Plaintiff Harris filed a complaint for declaratory relief, breach of contract and breach of the covenant of good faith and fair dealing related to Gulf's obligations to defend and indemnify Harris in connection with consolidated securities litigation that became known as *In re U.S. Aggregates, Inc. Securities Litigation*. Plaintiff filed a First Amended Complaint on March 23, 2003. Plaintiff Stone filed a complaint in intervention on April 14, 2003.

2. On September 28, 2005, the Court entered an Order Granting the Parties' Joint Application for Judicial Resolution of Counts I and II of Plaintiffs' First Amended Complaint and Entering Judgment on Counts I and II of Plaintiffs' First Amended Complaint Under Federal Rule of Civil Procedure 54(b) (the "Judgment"). The Judgment was based on the Court's December 12, 2003 Order, Granting in Part and Denying in Part Plaintiffs' Motion for Partial Summary Judgment and Denying Defendant's Motion for Summary Judgment, published as *Harris v. Gulf Insurance Co.,* 297 F. Supp. 2d 1220 (N.D. Cal. 2003). Gulf filed a Notice of Appeal from the Judgment on October 28, 2005. On January 8, 2008, the Court of Appeals for the Ninth Circuit affirmed the Judgment.

3. Counts III and IV of the Amended Complaint remain pending before this Court. The parties have entered into a written settlement agreement that resolves these remaining claims. As reflected in the settlement agreement, in consideration for certain acts to be performed by Gulf, Plaintiffs have agreed to seek a dismissal with prejudice of all claims now pending in this action before this Court. In addition, the parties have agreed that each of the parties are to bear their own costs, attorneys' fees and any other expenses

1

incurred or expended in connection with this case and with the appeal of the Judgment.

IT IS SO STIPULATED.

DATED: February 4, 2008    HELLER EHRMAN LLP

By */s/Stephen N. Goldberg*
STEPHEN N. GOLDBERG

Attorneys for Plaintiff
JAMES A. HARRIS

DATED: February 3, 2008    JEFFER, MANGELS, BUTLER & MARMARO LLP

By */s/ Robert C. Gebhardt*\*
ROBERT C. GEBHARDT

Attorneys for Plaintiff/Intervenor
MICHAEL J. STONE

DATED: February 13, 2008    TUCKER ELLIS & WEST

By */s/ Alec H. Boyd*\*
ALEC H. BOYD

Attorneys for Defendant
GULF INSURANCE COMPANY

\* By express authorization.

## ORDER

Based on the stipulation of the parties,

IT IS HEREBY ORDERED THAT:

1. The action is dismissed in its entirety with prejudice; and

2. Each of the parties shall bear its own costs, expenses and attorneys' fees associated with the prosecution and defense of this action, whether incurred before this Court or in connection with the appeal of this Court's Judgment.

3/3/08

Dated: _____    _____
United States District Judge

2

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE – Case No. C 01-4906 (CW)